U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 7251**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

TRANSPORTATION SOLUTIONS GROUP, LLC.

V.

PAX TRUCKING, INC.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRANSPORTATION SOLUTIONS GROUP, LLC.

| NAME (Type or print) |
|---|
| KURT E. VRAGEL, JR. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Kurt E. Vragel, Jr. |
| FIRM |
| KURT E. VRAGEL, JR., P.C. |
| STREET ADDRESS |
| 1701 East Lake Ave., Suite 170 |
| CITY/STATE/ZIP |
| Glenview, Illinois 60025-2085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6181109 | (847) 657-8551 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [XXX] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [XX] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [XXX] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [XXX] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

TRANSPORTATION SOLUTIONS GROUP, LLC.
   V.
PAX TRUCKING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRANSPORTATION SOLUTIONS GROUP, LLC.

| | |
|---|---|
| NAME (Type or print) TOMASZ KOZIOL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM    KURT E. VRAGEL, JR., P.C. | |
| STREET ADDRESS    1701 East Lake Ave., Suite 170 | |
| CITY/STATE/ZIP    Glenview, Illinois   60025-2085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6293162 | TELEPHONE NUMBER (847) 657-8551 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [xxx]   NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES [ ]    NO [xx] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES [ ]    NO [xx] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [ ]   NO [xxx] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |