# RETURN OF SERVICE

Court: **United States District Court–Northern District of Illinois**
Case No.: **07 C 7251**

Plaintiff/Petitioner: **Transportation Solutions Group, LLC**
vs.
Defendant/Respondent: **PAX Trucking, Inc.**

Received by Elite Process Serving & Investigations, Inc. to be served upon:

**Pax Trucking, Inc. by serving one if its agents, Emira Hadziabdic or Jasmin Hadziabdic**

State of **Florida**    County of **Duval**

I, **James Herndon**, depose and state that I am investigator, process server and agent of Elite Process Serving & Investigations, Inc. located in Lisle, Illinois, with an Illinois Detective Agency License of #117-001199. I was contracted to serve process in the above captioned matter. I further acknowledge that I am authorized to effectuate service of process in the State and County first stated above.

On **January 14, 2008** at **1:35pm** served the within **Summons in a Civil Case and Complaint of Transportation Solutions Group, LLC, Against PAX Trucking, Inc.** on Pax Trucking, Inc. by serving one if its agents, Emira Hadziabdic or Jasmin Hadziabdic at
**4548 North Bentley Race Lane Jacksonville FL 32257** in the manner indicated below:

[X] **INDIVIDUAL SERVICE:** By personally delivering to and leaving same with said individual and that deponent knew such individual to be the Defendant/Respondent named herein.

[X] Actual Place of Residence    [ ] Actual Place of Business within the State

[X] **CORPORATION OR PARTNERSHIP:** By delivering a true and correct copy of each to _____ personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be agent/employee thereof.

[ ] **ABODE SERVICE:** By personally delivering to and leaving same with _____, an occupant of the premises and a person of the family of the age of 13 year or older and informing this person of the contents thereof. I further mailed a true and correct copy of each in a sealed envelope with postage prepaid addressed to the defendant at the address listed above on _____, 2007 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service.

The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

Description of person served: Sex: **F** Age: **40** Race: **Bosnian** Hair: **Brown** Height: **5'6** Weight: **135 lbs**

X _____ **#409**
**James Herndon** (print name)
Elite Process Serving & Investigations, Inc.
P.O. Box 4886
Naperville, IL  60567
(630) 299-4600

Subscribed and Sworn to before me on this **15th** day of **January**, 20___

_____
NOTARY PUBLIC

Notary Public State of Florida
Maryann Taylor
My Commission DD665743
Expires 04/22/2011

1094

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Transportation Solutions Group, LLC
400 N. Noble Street, Suite 210
Chicago, Illinois  60622

V.

PAX Trucking, Inc.
4548 Bentley Trace Lane North
Jacksonville, Florida  32257

CASE NUMBER: **07 C 7251**

ASSIGNED JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

PAX Trucking, Inc.
4548 Bentley Trace Lane North
Jacksonville, Florida  32257

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kurt E. Vragel, Jr., P.C.
1701 East Lake Ave., Suite 170
Glenview, Illinois  60025

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

December 27, 2007

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                         *Signature of Server*


                                       _____
                                              *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Kurt E. Vragel, Jr., P.C.
Attorney
1701 East Lake Avenue, Suite 170
Glenview, Illinois 60025-2085

---

Phone (847) 657-8551                                             Fax (847) 657-6801

January 21, 2008

PAX Trucking, Inc.
4548 Bentley Trace Lane North
Jacksonville, Florida 32257

RE:   United States District Court, Northern District of Illinois
      No. 2007 C 7251
      Transportation Solutions Group, LLC v. PAX Trucking, Inc.

Dear PAX Trucking, Inc.:

The above referenced complaint has been filed against you in the United States District Court, Northern District of Illinois.

Pax Trucking, Inc., was served with the summons and complaint on or about January 11, 2008.

On January 15, 2008, Judge Gottschall entered an order scheduling a status hearing for February 27, 2008 at 9:30 AM, in the United States District Court, Northern District of Illinois.

In addition to scheduling the status hearing, the order directs both parties to discuss settlement and to consent to proceed before the Magistrate Judge. A copy of the order is attached to this letter. Also, I am enclosing a copy of the case management packet, as required by the court.

We have made numerous attempts to contact you with regards to this claim. Despite the service of process, you have ignored all of our attempted communications.

Please call me to discuss the above referenced claim.

                                        Sincerely,

                                        Tom Koziol
                                        Kurt E. Vragel, Jr. P.C.
                                        Attorney for
                                        Transportation Solutions Group, LLC