UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Transportation Solutions Group, LLC | ) |
| an Illinois limited liability company | ) No. 07 C 7251 |
| 400 N. Noble Street, Suite 210 | ) |
| Chicago, Illinois 60622 | ) JUDGE GOTTSCHALL |
| plaintiff | ) |
| v. | ) |
| PAX Trucking, Inc., a foreign corporation | ) |
| 4548 Bentley Trace Lane North | ) |
| Jacksonville, Florida 32257 | ) |
| defendant | ) |

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Transportation Solutions Group, LLC. (referred to as "TSG"), by its attorneys, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and move for entry of default judgment against Defendant PAX Trucking, Inc. (referred to as "PAX"), in the total amount of $25,297.60, plus costs in the amount of $445.00 and reasonable attorneys' fees expended in the litigation of this matter in the amount of $2,335.82. In support of its motion, TSG states the following:

1. Rule 55(a) of the Federal Rules of Civil Procedure provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and the fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default. Fed. R. Civ. P. 55(a).

2. On January 14, 2008, TSG's process server, James Hendon of Elite Process Serving & Investigations, Inc., served the Summons and Complaint on PAX at its place of business by serving one of its agents. Copies of the Affidavit of Service is attached as Exhibit 1.

3. PAX's answer to the lawsuit was due on February 4, 2008.

4. PAX has not answered or otherwise plead in response to the Complaint filed by TSG.

5. PAX did not appear at the status hearing on February 27, 2008.

6. TSG's verified complaint seeks damages in the amount of $25,297.60, plus costs of this action and reasonable attorneys' fees.

7. TSG is entitled to recover attorneys' fees and costs of this action pursuant to Section 14.7 of the AGREEMENT, which states:

> In the event either party incurs attorney's fees, costs or expenses in enforcing any of the provisions of this Contract, or in exercising any right or remedy arising out of any breach of this Contract by the other party, the prevailing party shall be entitled to an award of attorney's fees, costs and expenses against the defaulting party.

8. To date, costs total $445.00 and attorneys' fees total $2,335.82. An Affidavit itemizing the fees and costs is attached as Exhibit 2.

Therefore, since Defendant PAX Trucking, Inc., has failed to timely answer the Complaint, Plaintiff Transportation Solutions Group, LLC respectfully requests entry of defalt and judgment against PAX Trucking, Inc., in the total amount of $28,078.42.

Respectfully submitted,

Kurt E. Vragel, Jr.
Kurt E. Vragel, Jr., P.C.
Attorney for Transportation Solutions Group, LLC
1701 East Lake Avenue, Suite 170
Glenview Illinois 60025-2085
(847) 657-8551
Illinois ARDC Number 6181109

Dated: 2/27/2008

# Exhibit 1

## RETURN OF SERVICE

Court: **United States District Court–Northern District of Illinois**
Case No.: **07 C 7251**

Plaintiff/Petitioner: **Transportation Solutions Group, LLC**
vs.
Defendant/Respondent: **PAX Trucking, Inc.**

Received by Elite Process Serving & Investigations, Inc. to be served upon:

**Pax Trucking, Inc. by serving one if its agents, Emira Hadziabdic or Jasmin Hadziabdic**

State of Florida County of Duval

I, James Herndon, depose and state that I am investigator, process server and agent of Elite Process Serving & Investigations, Inc. located in Lisle, Illinois, with an Illinois Detective Agency License of #117–001199. I was contracted to serve process in the above captioned matter. I further acknowledge that I am authorized to effectuate service of process in the State and County first stated above.

On January 14, 2008 at 1:35pm served the within **Summons in a Civil Case and Complaint of Transportation Solutions Group, LLC, Against PAX Trucking, Inc.** on **Pax Trucking, Inc. by serving one if its agents, Emira Hadziabdic or Jasmin Hadziabdic** at 4548 North Bentley Place lane Jacksonville FL 32257 in the manner indicated below:

[X] **INDIVIDUAL SERVICE:** By personally delivering to and leaving same with said individual and that deponent knew such individual to be the Defendant/Respondent named herein.

[X] Actual Place of Residence [ ] Actual Place of Business within the State

[X] **CORPORATION OR PARTNERSHIP:** By delivering a true and correct copy of each to __________ personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be agent/employee thereof.

[ ] **ABODE SERVICE:** By personally delivering to and leaving same with __________, an occupant of the premises and a person of the family of the age of 13 year or older and informing this person of the contents thereof. I further mailed a true and correct copy of each in a sealed envelope with postage prepaid addressed to the defendant at the address listed above on __________, 2007 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service.

The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

Description of person served: Sex: F Age: 40 Race: Bosnian Hair: Brown Height: 5'6 Weight: 125lbs.

x [signature] #409

James Herndon (print name)
Elite Process Serving & Investigations, Inc.
P.O. Box 4886
Naperville, IL 60567
(630) 299-4600

Subscribed and Sworn to before me on this 15th day of January, 20____

[signature]
NOTARY PUBLIC

Notary Public State of Florida
Maryann Taylor
My Commission DD665743
Expires 04/22/2011

1094

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Transportation Solutions Group, LLC
400 N. Noble Street, Suite 210
Chicago, Illinois 60622

V.

PAX Trucking, Inc.
4548 Bentley Trace Lane North
Jacksonville, Florida 32257

CASE NUMBER: **07 C 7251**

ASSIGNED JUDGE: **JUDGE GOTTSCHALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

PAX Trucking, Inc.
4548 Bentley Trace Lane North
Jacksonville, Florida 32257

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kurt E. Vragel, Jr., P.C.
1701 East Lake Ave., Suite 170
Glenview, Illinois 60025

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

Anya Ellis

(By) DEPUTY CLERK

**December 27, 2007**

Date

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

# Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Transportation Solutions Group, LLC | ) |
| an Illinois limited liability company | ) No. 07 C 7251 |
| 400 N. Noble Street, Suite 210 | ) |
| Chicago, Illinois 60622 | ) JUDGE GOTTSCHALL |
| plaintiff | ) |
| v. | ) |
| PAX Trucking, Inc., a foreign corporation | ) |
| 4548 Bentley Trace Lane North | ) |
| Jacksonville, Florida 32257 | ) |
| defendant | ) |

AFFIDAVIT

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

I, Mark Taussig., being first duly sworn on oath, depose and state that I have personal knowledge of the following facts, and, if called as a witness, could competently testify thereto:

1. I am the President and CEO of Transportation Solutions Group, LLC ("TSG") the plaintiff in this lawsuit.

2. I have personal knowledge of and maintain the records of cargo damage claims filed by Transportation Solutions Group, LLC.

3. I have examined the account of PAX Trucking, Inc., and the Carrier Agreement entered into between PAX Trucking, Inc., and Transportation Solutions Group, LLC.

4. PAX Trucking, LLC, has failed to make the required payment of $25,297.60 for a damage claim dated June 12, 2007.

5. The Carrier Agreement entered into between PAX Trucking, Inc., and Transportation Solutions Group, LLC., entitles Transportation Solutions Group, LLC., to recover costs and attorneys' fees associated with the litigation.

6. To date, attorneys' fees and costs total $2,780.82.

7. This Affidavit is filed in support of Plaintiff's Motion for Default Judgment .

I have nothing further to say.

Mark Taussig, President
Transportation Solutions Group, LLC.

Subscribed and Sworn before me on this 27th day of February, 2008.

Notary Public

OFFICIAL SEAL
ASHLEY LARSON
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06-27-2009

Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: TSG |
| Refe.Selection | Include: PAX |
| Slip.Classification | Open |
| -OR- | |
| Slip.Classification | Open; Closed; Temporary; Inactive |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | | User / Activity / Client / Reference | Units / DNB Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 32043 | TIME | | Tom Koziol | 0.54 | 135.00 | 72.90 |
| 8/17/2007 | 11:47 AM | | insurance item | 0.00 | T@1 | |
| Billed | G:16332 | 9/3/2007 | TSG | | | |
| Review documents; letter to insurance company (associate) | | | PAX | 0.00 | | |
| 32044 | EXP | | Tom Koziol | 1 | 0.92 | 0.92 |
| 8/17/2007 | | | postage | | | |
| Billed | G:16332 | 9/3/2007 | TSG | | | |
| Postage | | | PAX | | | |
| 32934 | TIME | | Tom Koziol | 0.23 | 135.00 | 31.05 |
| 9/24/2007 | 12:18 PM | | lawsuit | 0.00 | T@1 | |
| Billed | G:16383 | 9/28/2007 | TSG | | | |
| Send follow-up certified letter to Great American Insurance Co. (associate) | | | PAX | 0.00 | | |
| 32935 | EXP | | Tom Koziol | 1 | 6.11 | 6.11 |
| 9/24/2007 | | | postage | | | |
| Billed | G:16383 | 9/28/2007 | TSG | | | |
| Postage | | | PAX | | | |
| 34249 | TIME | | Tom Koziol | 0.17 | 195.00 | 33.15 |
| 11/12/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Review fax from Great American Insurance; e-mail to client regarding status | | | PAX | 0.00 | | |
| 34266 | TIME | | Tom Koziol | 0.14 | 195.00 | 27.30 |
| 11/12/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Send documents and e-mail to Skip Schrayer | | | PAX | 0.00 | | |
| 34432 | TIME | | Tom Koziol | 0.27 | 195.00 | 52.65 |
| 11/17/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Review e-mail and documents | | | PAX | 0.00 | | |
| 34433 | TIME | | Tom Koziol | 0.20 | 195.00 | 39.00 |
| 11/19/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Verify insurance information | | | PAX | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | | User / Activity / Client / Reference | Units / DNB Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 34434 | TIME | | Tom Koziol | 0.67 | 195.00 | 130.65 |
| 11/19/2007 | 11:00 AM | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Draft subrogation agreement | | | PAX | 0.00 | | |
| 34444 | TIME | | Matt Koziol | 0.33 | 50.00 | 16.50 |
| 11/19/2007 | | | lawsuit | 0.00 | T@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Call Florida highway patrol and request the incident report (office clerk) | | | PAX | 0.00 | | |
| 34445 | EXP | | Matt Koziol | 1 | 3.00 | 3.00 |
| 11/19/2007 | | | telephone call | | | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Long distance telephone call to St. Augustine, Florida | | | PAX | | | |
| 34460 | TIME | | Tom Koziol | 0.94 | 195.00 | 183.30 |
| 11/19/2007 | 12:24 PM | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Draft complaint | | | PAX | 0.00 | | |
| 34463 | TIME | | Tom Koziol | 0.20 | 195.00 | 39.00 |
| 11/19/2007 | 1:11 PM | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Letter to Florida Highway Patrol regarding stolen load incident report | | | PAX | 0.00 | | |
| 34469 | EXP | | Tom Koziol | 1 | 2.00 | 2.00 |
| 11/19/2007 | | | client expense | | | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Florida Highway Patrol - fee for incident report (client trust account check 4162) | | | PAX | | | |
| 34516 | TIME | | Tom Koziol | 1.19 | 195.00 | 232.05 |
| 11/20/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Complete complaint; draft demand letter to Great American and Pax Trucking | | | PAX | 0.00 | | |
| 34517 | EXP | | Tom Koziol | 1 | 12.36 | 12.36 |
| 11/20/2007 | | | postage | | | |
| Billed | G:16649 | 11/30/2007 | TSG | | | |
| Postage | | | PAX | | | |
| 34939 | TIME | | Tom Koziol | 0.22 | 195.00 | 42.90 |
| 12/10/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Review file and revised complaint; e-mail to client | | | PAX | 0.00 | | |
| 34965 | TIME | | Tom Koziol | 0.42 | 195.00 | 81.90 |
| 12/10/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Revise complaint; e-mails to client | | | PAX | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 35023 | TIME | | Tom Koziol | 0.42 | 195.00 | 81.90 |
| 12/12/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Prepare summons and civil cover sheet | | | PAX | 0.00 | | |
| 35405 | TIME | | Kurt Vragel | 0.75 | 195.00 | 146.25 |
| 12/27/2007 | | | damage claim | 0.00 | C@1 | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Complete and file complaint with United States District Court, Northern District of Illinois (electronic filing) | | | PAX | 0.00 | | |
| 35406 | EXP | | Kurt Vragel | 1 | 350.00 | 350.00 |
| 12/27/2007 | | | client expense | | | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Clerk of the United States District Court - filing fee (charged to personal MasterCard; reimbursed by client trust account check 4238) | | | PAX | | | |
| 35423 | TIME | | Tom Koziol | 0.25 | 195.00 | 48.75 |
| 12/28/2007 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Finalize filing; research judge's rules | | | PAX | 0.00 | | |
| 35430 | TIME | | Tom Koziol | 0.41 | 195.00 | 79.95 |
| 12/28/2007 | 10:19 AM | | lawsuit | 0.00 | C@1 | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Arrange for service of process; letter to Jacksonville County Sheriff | | | PAX | 0.00 | | |
| 35431 | EXP | | Tom Koziol | 1 | 20.00 | 20.00 |
| 12/28/2007 | | | client expense | | | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Sheriff of Jacksonville County - fee for service of process (client trust account check 4239) | | | PAX | | | |
| 35432 | EXP | | Tom Koziol | 1 | 2.33 | 2.33 |
| 12/28/2007 | | | postage | | | |
| Billed | G:16793 | 12/31/2007 | TSG | | | |
| Postage | | | PAX | | | |
| 35743 | TIME | | Signe Hovde | 0.71 | 105.00 | 74.55 |
| 1/10/2008 | | | collection | 0.00 | C@2 | |
| Billed | G:16955 | 1/31/2008 | TSG | | | |
| Arrange for service of process in Florida (legal assistant) | | | PAX | 0.00 | | |
| 35890 | TIME | | Signe Hovde | 0.38 | 105.00 | 39.90 |
| 1/16/2008 | | | collection | 0.00 | C@2 | |
| Billed | G:16955 | 1/31/2008 | TSG | | | |
| Update status report on service of process on defendant in Florida (legal assistant) | | | PAX | 0.00 | | |

2/27/2008
12:19 PM

Kurt E. Vragel, Jr., P. C.
Slip Listing

| Slip ID / Dates and Time / Posting Status / Description | | | User / Activity / Client / Reference | Units / DNB Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 36014 | TIME | | Tom Koziol | 0.29 | 195.00 | 56.55 |
| 1/21/2008 | | | lawsuit | 0.00 | C@1 | |
| Billed | G:16955 | 1/31/2008 | TSG | | | |
| Letter to PAX with copy of court order | | | PAX | 0.00 | | |
| 36015 | EXP | | Tom Koziol | 1 | 0.75 | 0.75 |
| 1/21/2008 | | | postage | | | |
| Billed | G:16955 | 1/31/2008 | TSG | | | |
| Postage | | | PAX | | | |
| 36525 | TIME | | Signe Hovde | 0.33 | 105.00 | 34.65 |
| 2/5/2008 | | | collection | 0.00 | C@2 | |
| WIP | | | TSG | | | |
| Process proof of service returned by process server; coordinate payment of process server's invoice (legal assistant) | | | PAX | 0.00 | | |
| 36526 | EXP | | Signe Hovde | 1 | 95.00 | 95.00 |
| 2/5/2008 | | | client expense | | | |
| WIP | | | TSG | | | |
| Elite Process Serving & Investigations - fee for service of process (client trust account check number 4307 ) | | | PAX | | | |
| 37154 | TIME | | Kurt Vragel | 0.20 | 195.00 | 39.00 |
| 2/27/2008 | | | lawsuit | 0.00 | C@1 | |
| WIP | | | TSG | | | |
| File return of summons and proof of mailing of court notice | | | PAX | 0.00 | | |
| 37162 | TIME | | Tom Koziol | 0.75 | 195.00 | 146.25 |
| 2/27/2008 | | | lawsuit | 0.00 | C@1 | |
| WIP | | | TSG | | | |
| Appear at status hearing | | | PAX | 0.00 | | |
| 37163 | EXP | | Tom Koziol | 1 | 195.00 | 195.00 |
| 2/27/2008 | | | travel expense | | | |
| WIP | | | TSG | | | |
| Travel to and from U.S. District Court, Chicago, Illinois: 2 hours at one-half normal rate | | | PAX | | | |
| 37164 | EXP | | Tom Koziol | 1 | 22.00 | 22.00 |
| 2/27/2008 | | | client expense | | | |
| WIP | | | TSG | | | |
| Parking (cash) | | | PAX | | | |
| 37169 | TIME | | Tom Koziol | 1.75 | 195.00 | 341.25 |
| 2/27/2008 | | | lawsuit | 0.00 | C@1 | |
| WIP | | | TSG | | | |
| Draft motion for default; prepare proposed order and affidavit; prepare notice of motion; file motion | | | PAX | 0.00 | | |
| Grand Total | | | | | | |
| | | | Billable | 11.76 | | 2780.82 |

2/27/2008  
12:19 PM

Kurt E. Vragel, Jr., P. C.  
Slip Listing

Page     5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 11.76 | | 2780.82 |