UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Transportation Solutions Group, LLC<br>    an Illinois limited liability company<br>400 N. Noble Street, Suite 210<br>Chicago, Illinois 60622<br>    plaintiff<br>v.<br>PAX Trucking, Inc., a foreign corporation<br>4548 Bentley Trace Lane North<br>Jacksonville, Florida 32257<br>    defendant | )<br>) No. 07 C 7251<br>)<br>) JUDGE GOTTSCHALL<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

STATE OF ILLINOIS   )
                         ) SS.
COUNTY OF COOK   )

I, Mark Taussig., being first duly sworn on oath, depose and state that I have personal knowledge of the following facts, and, if called as a witness, could competently testify thereto:

1. I am the President and CEO of Transportation Solutions Group, LLC ("TSG") the plaintiff in this lawsuit.

2. I have personal knowledge of and maintain the records of cargo damage claims filed by Transportation Solutions Group, LLC.

3. I have examined the account of PAX Trucking, Inc., and the Carrier Agreement entered into between PAX Trucking, Inc., and Transportation Solutions Group, LLC.

4. PAX Trucking, LLC, has failed to make the required payment of $25,297.60 for a damage claim dated June 12, 2007.

5. The Carrier Agreement entered into between PAX Trucking, Inc., and Transportation Solutions Group, LLC., entitles Transportation Solutions Group, LLC., to recover costs and attorneys' fees associated with the litigation.

6. To date, attorneys' fees and costs total $2,780.82.

1

7. This Affidavit is filed in support of Plaintiff's Motion for Default Judgment.

I have nothing further to say.

_____
Mark Taussig, President
Transportation Solutions Group, LLC.

Subscribed and Sworn before me on this 27th day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
ASHLEY LARSON
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06-27-2009

2