CERTIFICATE OF SERVICE BY ELECTRONIC FILING

      I certify that I have on February 27, 2008, served a copy of this motion for default judgment, notice of motion, and affidavit, on the persons named below as stated:

Clerk of the United States District Court of the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

By first class mail, postage prepaid, mailed from 1701 East Lake Avenue, Glenview, Illinois 60025, before 4:30 P.M. on that date:

PAX Trucking, Inc.

4548 Bentley Trace Lane North

Jacksonville, Florida 32257


Honorable Judge Joan B. Gottschall

Everett McKinley Dirksen Building

219 South Dearborn Street

Chicago, Illinois 60604

                                        Kurt E. Vragel, Jr.