UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Transportation Solutions Group, LLC<br>    an Illinois limited liability company<br>400 N. Noble Street, Suite 210<br>Chicago, Illinois 60622<br>    plaintiff<br>v.<br>PAX Trucking, Inc., a foreign corporation<br>4548 Bentley Trace Lane North<br>Jacksonville, Florida 32257<br>    defendant | )<br>) No. 07 C 7251<br>)<br>) JUDGE GOTTSCHALL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:    PAX Trucking, Inc.
         4548 Bentley Trace Lane North
         Jacksonville, Florida 32257

    Please take notice that on March 12, 2008, at 9:30 A.M., I shall appear before Judge Gottschall in Courtroom 2325, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the accompanying Defendants' Motion for Default Judgment.

                                                     Respectfully submitted,

                                                     Kurt E. Vragel, Jr.,
                                                          Illinois Attorney Number 6181109
                                                   Tami J. Diamond
                                                           Illinois Attorney Number 6199174
                                                   Kurt E. Vragel, Jr., P.C.
                                                   Attorneys for
                                                   Transportation Solutions Group, LLC
                                                   1701 East Lake Avenue, Suite 170
                                                   Glenview, Illinois 60025-2085
                                                        (847) 657-8551

Dated: _2/27/2008_

1