Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7251 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Transportation Solutions vs. PAX Trucking | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment [9] is granted. Enter Judgment Order. It is hereby ordered that default judgment is entered in favor of Plaintiff and against Defendant PAX Trucking, Inc., in the total amount of $28,078.42. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|