

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Transportation Solutions Group, LLC )
    an Illinois limited liability company )  No. 07 C 7251
400 N. Noble Street, Suite 210 )
Chicago, Illinois 60622 )  JUDGE GOTTSCHALL
    plaintiff )
v. )
PAX Trucking, Inc., a foreign corporation )
4548 Bentley Trace Lane North )
Jacksonville, Florida 32257 )
    defendant )

### JUDGMENT ORDER

This matter having come on for hearing on Plaintiff's Motion for Default Judgment and this Court being fully advised in the matter, IT IS ORDERED:

1. This Court has jurisdiction of the subject matter and the parties involved in this matter.

2. Defendant PAX Trucking, Inc., was properly served with the Summons and Complaint on January 14, 2008.

3. Defendant PAX Trucking, Inc., has failed to appear, answer or otherwise defend.

4. Default judgment is awarded in the amount of $25,297.60 plus costs and reasonable attorneys' fees against Defendant PAX Trucking, Inc., and in favor of Plaintiff Transportation Solutions Group, LLC.

5. Plaintiff Transportation Solutions Group, LLC., has incurred costs totaling $445.00 and reasonable attorneys' fees totaling $2,335.82.

ENTER:

UNITED STATES DISTRICT JUDGE

DATED: 3/2/08

Kurt E. Vragel, Jr.
Kurt E. Vragel, Jr., P.C.
Attorney for Plaintiff
1701 East Lake Ave., Suite 170
Glenview, Illinois 60025
Illinois ARDC No. 6181109