# United States District Court
## Northern District of Illinois
### Eastern Division

Transportation Solutions Group LLC        **JUDGMENT IN A CIVIL CASE**

v.                                         Case Number: 07 C 7251

PAX Trucking, Inc.,

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant PAX Trucking, Inc., in the total amount of $28,078.42. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 3/12/2008

/s/ Rhonda Johnson, Deputy Clerk